FILED
3/21/18 10:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| DALE R. SHAWLEY | : | Case No. 13-22653 TPA |
| Debtor(s) | : | |
| ================================ | : | Doc No. 151 |
| SCOTT R. LOWDEN, ESQUIRE, | : | |
| Applicant, | : | |
| v. | : | |
| NO RESPONDENT | : | |
| Respondent | : | |

## ORDER OF COURT

AND NOW, this __21st__ day of __March__, 2018, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date Attorney Fees and Costs are found to be $7,864.87, of which $7,800.00 are attorney's fees and $64.87 are costs, and that the total previously allowed Attorney's Fees and Costs were $5,994.68. This award covers the period from 12/02/2014 to 3/2/2018.

Therefore, the Application in its face amount of $1,870.19 for additional compensation for services rendered by Scott R. Lowden, Esquire as Attorney for Debtor(s) are allowed, and the total additional sum of $1,870.19 is to be paid to Scott R. Lowden, Esquire as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Scott R. Lowden, Esquire, pursuant to prior confirmed Plan(s) at $300.00 per month.

Further, the Clerk shall record the additional reward of compensation in the amount of $1,850.00 in fees and $20.19 in costs.

BY THE COURT:

_____ J.
jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Dale R. Shawley  
     Debtor

Case No. 13-22653-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: aala      Page 1 of 1      Date Rcvd: Mar 21, 2018  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2018.  
db           +Dale R. Shawley,    713 Paradise Lane,    Ligonier, PA 15658-2581

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2018                                                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2018 at the address(es) listed below:  
         Andrew F Gornall    on behalf of Creditor    GOLDMAN SACHS MORTGAGE COMPANY  
          agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Jerome B. Blank    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com  
         Leslie J. Rase, Esq.    on behalf of Creditor    Goldman Bulk Purchases, by its Attorney in Fact Ocwen Loan Servicing lrase@sterneisenberg.com,  
          ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com  
         Matthew Gregory Brushwood    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         Scott R. Lowden    on behalf of Debtor Dale R. Shawley niclowlgl@comcast.net  
                                                                                                       TOTAL: 7