FILED
4/4/18 8:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  DALE R. SHAWLEY<br><br>         Debtor(s)<br>Ronda J. Winnecour, Trustee<br>   Movant<br>     vs.<br>DALE R. SHAWLEY<br><br>         Respondents | Case No. 13-22653TPA<br><br>Chapter 13<br><br>Document No. 157 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __4th__ day of __April__, 2018, it is hereby ORDERED, ADJUDGED, and DECREED that,

Ligonier Township Municipal Authority
Attn: Payroll Manager
1 Municipal Park Dr
Ligonier, PA 15658

is hereby ordered to immediately terminate the attachment of the wages of DALE R. SHAWLEY, social security number XXX-XX-2711. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DALE R. SHAWLEY.

BY THE COURT,

_/s/ Thomas P. Agresti_
jlm
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-22653-TPA
Dale R. Shawley                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: aala              Page 1 of 1            Date Rcvd: Apr 04, 2018
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2018.
db             +Dale R. Shawley,    713 Paradise Lane,    Ligonier, PA 15658-2581

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    GOLDMAN SACHS MORTGAGE COMPANY
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
              Leslie J. Rase, Esq.    on behalf of Creditor    Goldman Bulk Purchases, by its Attorney in Fact
               Ocwen Loan Servicing lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Matthew Gregory Brushwood    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Debtor Dale R. Shawley niclowlgl@comcast.net
                                                                                             TOTAL: 7